UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN BERRY, JERMARIO ANDERSON,
REGINALD TRAMMON, and
EDWYN DURANT,

CASE NO. 6:11-CV-1740-ORL-36KRS

Plaintiffs,

vs.

JERRY DEMINGS, ORANGE COUNTY SHERIFF,
in his Individual and Official Capacities; DEPUTY
TRAVIS LESLIE, CORPORAL KEITH VIDLER,
CAPTAIN DAVE OGDEN and JOHN DOES 1-10,

Defendants.
_____________________________________________/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW Plaintiffs, BRIAN BERRY, JERMARIO ANDERSON, REGINALD TRAMMON and EDWYN DURANT, and Defendants, JERRY DEMINGS, ORANGE COUNTY SHERIFF, in his Individual and Official capacities, DEPUTY TRAVIS LESLIE, CORPORAL KEITH VIDLER and CAPTAIN DAVE OGDEN, in their Individual capacity, by and through their undersigned attorneys, and show unto the Court that this cause has been amicably settled, and the Plaintiffs and Defendants now move the Court for an Order of Dismissal, dismissing this cause with prejudice, each party to bear his own attorney's fees and costs.

Respectfully submitted this 11th day of May, 2015.

/s/ Natalie Jackson
Natalie Jackson, Esquire
Florida Bar No. 646075
The Women's Trial Group, P.A.
627 East Washington Street
Orlando, FL 32801
Telephone: 407-418-1212
Email: Natalie@WTGfirm.com
Attorneys for Plaintiffs

/s/ Shayan H. Modarres
Shayan H. Modarres, Esquire
Florida Bar No. 0092493
The Modarres Law Firm
1151 4th Street SW, Suite 215
Washington, DC 20024
Telephone: 407-408-0494
Email: Shayan@ModarresLaw.com
Attorneys for Plaintiffs

/s/ Jeanelle G. Bronson
Jeanelle G. Bronson, Esquire
Florida Bar No. 266337
Grower, Ketcham, Rutherford,
Bronson, Eide & Telan, P.A.
Post Office Box 538065
Orlando, FL 32853-8065
Telephone: 407-423-9545
Email: jgbronson@growerketcham.com
Attorneys for Sheriff Jerry Demings

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Florida Bar No. 599565
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Email: bbogan@hilyardlawfirm.com
Attorneys for Defendants, Dave Ogden,
Travis Leslie and Keith Vidler